1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (BAR NO. 141280)
2  ELIZABETH B. STALLARD (BAR NO. 221445)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100

5  *Attorneys for Defendant*
   VALLEY PAVING, INC.

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| GUY TILLOTSON, | Case No.  2:08-CV-01623-LKK-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| VALLEY PAVING, INC.; BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; BLUE SHIELD OF CALIFORNIA; CHOICE ADMINISTRATORS, INC dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS dba CALIFORNIA ADMINISTRATORS INSURANCE SERVICES; and DOES 1 to 100, inclusive, | |
| Defendants. | |

WHEREAS this matter was removed to the above-entitled Court on July 11, 2008, and response to the subject Complaint is due on or before July 18, 2008;

It is hereby stipulated between Defendant VALLEY PAVING, INC. ("Valley Paving"), through its counsel Elizabeth B. Stallard, Esq., and Plaintiff GUY TILLOTSON, through his counsel, Amanda Uhrhammer, Esq., that Defendant Valley Paving be granted an extension of time in which to respond to Plaintiff's complaint.

It is hereby stipulated that Defendant Valley Paving's response to Plaintiff's Complaint be filed on or before August 1, 2008.

///

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| | |
|2|DATED: July 17, 2008|DOWNEY BRAND LLP|
|3| | |
|4| |By  /s/ Elizabeth B. Stallard|
| | |ELIZABETH B. STALLARD|
| | |*Attorneys for Defendant*|
|5| |*Valley Paving, Inc.*|
|6| | |
|7|DATED: July 17, 2008|MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN &UHRHAMMER|
|8| | |
|9| | |
|10| |By  /s/ Amanda Uhrhammer|
| | |AMANDA UHRHAMMER|
| | |*Attorneys for Plaintiff*|
|11| |*Guy Tillotson*|

IT IS SO ORDERED:

Dated:   July 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com