Wayne H. Maire, State Bar No.:  88850
Patrick L. Deedon, State Bar No.:  245490
MAIRE & BEASLEY
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Phone:  530-246-6050 / Fax:  530-246-6060

Attorneys for Defendant,
CHOICE ADMINISTRATORS, INC. dba
CALIFORNIA CHOICE BENEFIT ADMINISTRATORS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TILLOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY PAVING, INC., BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; BLUE SHIELD OF CALIFORNIA; CHOICE ADMINISTRATORS, INC. dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS dba CALIFORNIA ADMINISTRATORS INSURANCE SERVICES; and DOES 1 to 100, Inclusive,<br><br>    Defendants.<br>_____/ | Case No.  2:08-CV-01623-LKK-EFB<br><br>**STIPULATION AND ORDER** |

WHEREAS, this matter was removed to the above entitled Court on July 11, 2008, and response to the subject complaint was due on or before July 18, 2008;

It is hereby stipulated between Defendant, CHOICE ADMINISTRATORS, INC. dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS (hereinafter "CHOICE ADMINISTRATORS"), through its counsel Wayne H. Maire, Esq., and Plaintiff GUY TILLOTSON, through his counsel, Amanda Uhrhammer, Esq., that Defendant, CHOICE

PDF created with pdfFactory trial version www.pdffactory.com

1  ADMINISTRATORS be granted an extension of time in which to respond to Plaintiff's
2  complaint by two weeks.
3      It is hereby stipulated that Defendant, CHOICE ADMINISTRATORS' response be
4  filed on or before August 1, 2008.

5

6  Dated: July 22, 2008

7                                     MAIRE & BEASLEY

8

9                                     /s/WAYNE H. MAIRE
                                   WAYNE H. MAIRE
10                                   PATRICK L. DEEDON
                                  Attorneys for Defendant,
11                                   CHOICE ADMINISTRATORS, INC.
                                  dba CALIFORNIA CHOICE BENEFIT
12                                   ADMINISTRATORS

13

14 Dated: 7/17/08

                                  MASTAGNI, HOLSTEDT, AMICK,
15                                   MILLER, JOHNSEN & UHRHAMMER

16

17

18                                   /s/ AMANDA UHRHAMMER
                                  AMANDA UHRHAMMER

19

20
   IT IS SO ORDERED:
21
   Dated:   July 22, 2008.
22

23

24                                   LAWRENCE K. KARLTON
25                                   SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com