UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY TILLOTSON,

        Plaintiff,

    v.

VALLEY PAVING, INC., BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; BLUE SHIELD OF CALIFORNIA; CHOICE ADMINISTRATORS, INC. dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS dba CALIFORNIA ADMINISTRATORS INSURANCE SERVICES; and DOES 1 TO 100, Inclusive,

        Defendants.

_____/

NO. CIV. S-08-1623 LKK/EFB

O R D E R

    Defendant Valley Paving, Inc. has filed a motion to dismiss set for September 22, 2008. Accordingly, the motion to dismiss previously filed by defendants Blue Shield of California and Blue Shield of California Life and Health Insurance company, presently set for August 25, 2008, and the motion to dismiss filed by defendant Choice Administrators, presently set for September 8, 2008, are hereby CONTINUED to September 22, 2008. The original

1

1  briefing deadlines for these two earlier-filed motions remain
2  unchanged.
3       IT IS SO ORDERED.
4       DATED: August 5, 2008

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2