MANATT, PHELPS & PHILLIPS, LLP
BRAD W. SEILING (bseiling@manatt.com) SBN: 143515
TRAVIS A. CORDER (tcorder@manatt.com) SBN: 237575
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
BLUE SHIELD OF CALIFORNIA and
BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH
INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GUY TILLOTSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VALLEY PAVING, INC., *et al.*,<br><br>　　　　Defendants. | Docket No. 2:08-CV-01623-LKK-EFB<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS**<br><br>Hearings Date: September 22, 2008<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

41316172.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIP./PR. ORDER CONTINUING HRG ON MOTIONS TO DISMISS – CASE NO. 2:08-CV-01623-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, hearings on the Defendants' motions to dismiss have been
2  consolidated to and are set for 10:00 a.m. on September 22, 2008.
3  WHEREAS, Brad W. Seiling, lead counsel for Defendants Blue Shield of
4  California and Blue Shield of California Life and Health Insurance Company ("Blue Shield"), is
5  scheduled to be out of the country between September 15 and September 28, 2008, and thus will
6  be unable to attend the hearings on Blue Shield's motion to dismiss.
7  WHEREAS, the Fed. R. Civ. P. 16 Scheduling Conference ("Rule 16
8  Conference") in this matter is scheduled for 2:30 p.m. on October 6, 2008.
9  WHEREAS, all parties stipulate and agree that the motions to dismiss may be
10 heard at and in conjunction with the Rule 16 Conference on October 6, 2008, if the Court should
11 find this acceptable.
12 NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by all parties,
13 through their respective attorneys of record, that the hearings on the Defendants' motions to
14 dismiss, currently set for 10:00 a.m. on September 22, 2008, be continued to 2:30 p.m. on
15 October 6, 2008, or thereafter as the Court may deem appropriate.
16 The parties further stipulate and agree that this Stipulation may be signed in
17 counterparts, and that facsimile signatures shall have the same force and effect as originals.
18 This request is not being made for the purposes of delay.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2  MANATT, PHELPS & PHILLIPS, LLP
3  BRAD W. SEILING
   TRAVIS A. CORDER

4
   Dated: September 8, 2008           By: s/ Travis A. Corder
5                                     Travis A. Corder
                                      *Attorneys for Defendants*
6                                     BLUE SHIELD OF CALIFORNIA and
                                      BLUE SHIELD OF CALIFORNIA LIFE
7                                     AND HEALTH INSURANCE COMPANY

8
                                      MASTAGNI, HOLSTEDT, AMICK,
9                                     MILLER, JOHNSEN & URHAMMER

10

11 Dated: September ___, 2008          By: s/
                                      Amanda Urhammer (SBN 199445)
12                                    *Attorneys for Plaintiff*
                                      GUY TILLOTSON
13

14

15                                    DOWNEY BRAND LLP
                                      WILLIAM R. WARNE (SBN 141280)
16                                    ELIZABETH B. STALLARD (SBN 221445)

17
   Dated: September ___, 2008          By: s/
18                                    Elizabeth B. Stallard
                                      *Attorneys for Defendant*
19                                    VALLEY PAVING, INC.

20

21                                    MAIRE & BEASLEY
22                                    WAYNE H. MAIRE (SBN 88850)
                                      PATRICK L. DEEDON (SBN 245490)

23

24 Dated: September ___, 2008          By: s/
25                                    Patrick L. Deedon
                                      *Attorneys for Defendant*
26                                    CHOICE ADMINISTRATORS, INC.

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41316172.1                              2

STIP./PR. ORDER CONTINUING HRG ON MOTIONS TO DISMISS – CASE NO. 2:08-CV-01623-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having reviewed the Stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT** the hearings on the Defendants' motions to dismiss, currently set for September 22, 2008, are continued to October 6, 2008 at 10:00 a.m. in Courtroom 4 of this Court. The status conference scheduled for October 6, 2008 is also reset to 10:00 a.m. Other dates remain unchanged; defendants' replies, if any, to plaintiff's opposition must be submitted no later than September 15, 2008.

Date:   September 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com