UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY TILLOTSON,

        Plaintiff,

    v.

VALLEY PAVING, INC., BLUE SHIELD
OF CALIFORNIA LIFE AND HEALTH
INSURANCE COMPANY; BLUE SHIELD OF
CALIFORNIA; CHOICE ADMINISTRATORS,
INC. dba CALIFORNIA CHOICE BENEFIT
ADMINISTRATORS dba CALIFORNIA
ADMINISTRATORS INSURANCE SERVICES;
and DOES 1 TO 100, Inclusive,

        Defendants.
_____/

NO. CIV. S-08-1623 LKK/EFB

O R D E R

    Pursuant to the hearing held on May 23, 2009 pertaining to the motion to withdraw filed by counsel for defendant Valley Paving, Inc., the court orders as follows:

    1.    The motion to withdraw is GRANTED.

    2.    Counsel is ORDERED to release all client papers and property to clients within fifteen (15) days of the date of this order, including correspondences, pleadings,

1

| | |
|---|---|
| 1 | deposition transcripts, exhibits, physical evidence, |
| 2 | expert reports, and other items reasonably necessary to |
| 3 | the clients' representation, whether the clients have |
| 4 | paid for them or not, in accordance with Rule 3-700(D) |
| 5 | of the California Rules of Professional Conduct. |
| 6 | 3. Counsel is ORDERED to serve a copy of this order on |
| 7 | defendant Valley Paving, Inc. |
| 8 | 4. Defendant Valley Paving, Inc., is ORDERED to inform the |
| 9 | court within 60 days with the name of its new counsel. |
| 10 | Defendant is advised that a corporation may only appear |
| 11 | by attorney. L.R. 83-183, United States v. High Country |
| 12 | Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. |
| 13 | 1993) |

IT IS SO ORDERED.

DATED: March 26, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT