Wayne H. Maire, State Bar No.:  88850
Patrick L. Deedon, State Bar No.:  245490
MAIRE & BEASLEY
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Phone:  530-246-6050 / Fax:  530-246-6060

Attorneys for Defendant,
CHOICE ADMINISTRATORS, INC. dba
CALIFORNIA CHOICE BENEFIT ADMINISTRATORS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY TILLOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY PAVING, INC., BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; BLUE SHIELD OF CALIFORNIA; CHOICE ADMINISTRATORS, INC. dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS dba CALIFORNIA ADMINISTRATORS INSURANCE SERVICES; and DOES 1 to 100, Inclusive,<br><br>    Defendants.<br>_____/ | Case No.  2:08-CV-01623-LKK-EFB<br><br>**STIPULATED DISMISSAL** |

WHEREAS, plaintiff's injury, which gave rise to the medical bills at issue in the above entitled action, has been declared as industrial by the WCAB and are covered by and through plaintiff's workers' compensation case, plaintiff, *GUY TILLOTSON*, and Defendants, *VALLEY PAVING, INC., BLUE SHILED OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY, BLUE SHIELD OF CALIFORNIA,* CHOICE ADMINISTRATORS, INC. dba CALIFORNIA CHOICE BENEFIT ADMINISTRATORS incorrectly sued as *CHOICE ADMINISTRATORS, Inc. dba CALIFORNIA CHOICE*

_____
**STIPULATED DISMISSAL**                                                                                                   PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

1  *BENEFIT ADMINSTRATORS dba CALIFORNIA ADMINISTRATORS INSURANCE
2  SERVICES; MCHUGH-LEAVITT INSURANCE AGENCY, INC. dba NOR CAL LEAVITT
3  INSURANCE,* by their respective counsel, stipulate to dismiss this entire matter with
4  prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party is to bear its own costs
5  and attorney's fees. The above identified parties are all parties that have appeared in this
6  action.
7  **SO STIPULATED**
8
9  Date: 10/28/2009           /s/ Phillip Mastagni
                              Phillip Mastagni
10                            Attorney for Plaintiff,
11                            GUY TILLOTSON
12
13
14 Date: 11/1/09              /s/ Patrick L. Deedon
                              Wayne H. Maire
15                            Patrick L. Deedon
                              Attorney for Defendant,
16                            CHOICE ADMINISTRATORS, INC. dba
17                            CALIFORNIA CHOICE BENEFIT
                              ADMINISTRATORS
18
19
20 Date: October 26, 2009     /s/ Travis A. Corder
                              Brad W. Seiling
21                            Travis A. Corder
22                            Attorney for Defendant,
                              BLUE SHIELD OF CALIFORNIA and BLUE SHILD
23                            OF CALIFORNIA LIFE AND HEALTH INSURANCE
                              COMPANY
24
25
26
27 Date: 12/30/09             /s/ Valley Paving, Inc. by Matt Silveria, Pres.
                              VALLEY PAVING, INC.
28

_____
                                                              **PAGE 2**
**STIPULATED DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

Date: 1/5/10          /s/ Angie M. Bickel
                      David C. Capell
                      Angie M. Bickel
                      Attorney for Defendant,
                      *MCHUGH-LEAVIT INSURANCE AGENCY, INC. dba*
                      *NOR CAL LEAVIT INSURANCE*

**ORDER**

Upon Stipulation of the parties, the above case is hereby dismissed with prejudice and the Clerk's office is directed to close the file.

IT IS SO ORDERED.

Dated:   January 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATED DISMISSAL**                                                                 **PAGE 3**

PDF created with pdfFactory trial version www.pdffactory.com